PABÓN, DEMANDANTE Y APELANTE, *v.* SOLIVELLAS Y COMPAÑÍA ET AL., DEMANDADOS Y APELADOS.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en causa sobre *injunction.*

No. 1777.—Resuelto en marzo 15, 1918.

INJUNCTION—EMBARGO DE BIENES PERSONALES—DISCRECIÓN DE LA CORTE.—Para recuperar bienes personales en casos de embargos o ejecución, no es regla invariable el recurrir al procedimiento especialmente determinado por la ley de 12 de marzo de 1908, sino que también puede recurrirse al de *injunction* y en este último caso la corte tiene discreción para denegarlo bajo los principios generales de la equidad.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. José Sabater.*

Abogados de los apelados: *Sres. Benet & Souffront.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

En este caso el apelante trató de conseguir se dictara una orden de *injunction* contra un embargo de bienes inmuebles así como de bienes muebles. Después de varias vueltas y revueltas de los litigantes la corte en definitiva permitió que permaneciese el *injunction* contra la propiedad inmueble pero no contra los bienes personales embargados. El apelante se queja de la falta de no haberse incluído los bienes muebles dentro del alcance del *injunction*. Convenimos con el apelante que para recuperar bienes personales, objeto del embargo, no es preciso recurrir al procedimiento especialmente determinado por la Ley de 12 de marzo de 1908. Véase la sección 5260 y siguientes de la Compilación.

Existe el derecho de elección, pero cuando se pide un *injunction* para conseguir esos fines, cambia entonces la situación. La corte muy bien pudiera haber expedido el *injunction,* pero tenía discreción para denegarlo especialmente cuando aparece que el deudor o interventor tiene otro remedio en ley. La propia ley de 12 de marzo de 1908, le daba al apelante tal remedio, y aún cuando la corte inferior quizás tenía facultades para expedir un *injunction* en un pleito ordinario, tenía sin embargo discreción para denegarlo e insistir que el apelante siguiese el remedio especial concedido por el estatuto. En casos de embargo de bienes inmuebles, nuestras leyes especialmente señalan el remedio de *injunction,* pero no así en casos de embargo o ejecución de bienes personales.

Es de confirmarse la resolución recurrida.

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.